IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TYKELL FARRIOR, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-54 (LAG) (TQL) |
| | * |
| SGT. CHRIS THOMPSON, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of July, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk